IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  
**JAMES DATHALE GREEN AND**  
**LASHAWNA SHONTIQUE GREEN,**  
    Debtors.

Case No. 21-32968-KLP  
Chapter 13

___

### ORDER GRANTING MOTION FOR AUTHORITY TO INCUR DEBT SECURED BY PERSONAL PROPERTY

This matter comes before the Court on the Motion for Authority to Incur Debt Secured by Personal Property (the "Motion"), filed by **James Dathale Green** and **Lashawna Shontique Green** (the "Debtors"), and it appearing to the Court as follows:

1. The Debtors have complied with Local Bankruptcy Rule 9013-1 and the notice provisions required by Bankruptcy Rules 4001 and 9014;

2. No parties in interest have filed any timely objection to the Debtors' Motion;

3. Debtors have a reasonable need to purchase a vehicle, and the terms of the loan debt that Debtors seek to incur to finance the purchase of the vehicle (the "Loan") are reasonable and necessary;

4. The terms of the Loan are as follows:

    a. The total principal amount of the Loan was $24,129.13;

    b. Interest will be charged at a fixed rate of 19.99%;

    c. The Loan will be amortized for no more than 60 months; and

    d. The monthly principal and interest payment is $644.46;

    e. The Debtors made a down payment of $2,000.00 dollars; the source of the down payment came from a gift from a family member;

Laura T. Alridge (VSB #42549)  
Boleman Law Firm, P.C.  
P. O. Box 11588  
Richmond, VA 23230-1588  
Telephone: (804) 358-9900  
Counsel for Debtors

and

      5.      Granting the Debtors' Motion will not unduly prejudice any creditors or any parties in interest in this case;

Upon consideration of which, and for good cause shown, it is hereby

ORDERED that the Debtors' Motion is GRANTED; and it is further

ORDERED that the Debtors may enter into the Loan transaction, or a substantially similar loan transaction, and execute such documents as are necessary to complete the transaction to finance the purchase of a 2017 Ford Explorer or a substantially similar vehicle; and it is further

ORDERED that the fourteen (14)-day stay of this order, provided for pursuant to Federal Rule of Bankruptcy Procedure 6004(h), is hereby waived; and it is further

ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: Mar 12 2025

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered on Docket: Mar 12 2025

I ASK FOR THIS:

/s/ Laura T. Alridge
Laura T. Alridge (VSB #42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone: (804) 358-9900
Counsel for Debtors

SEEN AND NO OBJECTION:

/s/ Laura T. Alridge on behalf of Suzanne E. Wade w/ permission via email
Suzanne E. Wade, Esquire
Chapter 13 Trustee

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Laura T. Alridge
Counsel for Debtors

## PARTIES TO RECEIVE COPIES

Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia  23219

Suzanne E. Wade, Esquire
Chapter 13 Trustee
7202 Glen Forest Dr.
Ste 202
Richmond, VA  23226

James Dathale Green and Lashawna Shontique Green
10321 Antietam Court
Fredericksburg, VA 22408